No. 519, Misc.  SIDES *v.* COLORADO.  Supreme Court of Colorado.  Certiorari denied.  Petitioner *pro se.  Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

No. 527, Misc.  HABLE *v.* LEE, CORRECTIONS COMMISSIONER, ET AL.  Court of Appeals of Alabama.  Certiorari denied.  Petitioner *pro se.  MacDonald Gallion,* Attorney General of Alabama, and *George D. Mentz,* Assistant Attorney General, for respondents.

No. 220, Misc.  SMITH *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *J. E. Winfree, Jr.* for petitioner. *Will Wilson,* Attorney General of Texas, and *Sam R. Wilson* and *Houghton Brownlee, Jr.,* Assistant Attorneys General, for respondent.  Reported below: — Tex. Cr. R. —, — S. W. 2d —.

No. 246, Misc.  REYNOLDS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 424, Misc.  PAYNE *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *S. White Rhyne, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.